# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| *versus* | : | CRIMINAL NO. 13-105-SDD-RLB |
| | : | |
| ASHLEY D. RICKS-STAMPLEY | : | |

## RULING & ORDER

This matter is before the Court on the Defendant's *Motion to Reduce Sentence*,[1] *Motion*,[2] and *Motion to Compel*.[3] The Government responded to these motions,[4] and Defendant filed a *Reply*.[5] Despite repeated denials by the Fifth Circuit for authorization to file successive § 2255 motions, which these motions are regardless of their monikers, Defendant persists, further ignoring the warning from the Fifth Circuit that her continued pursuit of relief that has been denied would be met with sanctions. Indeed, Defendant was explicitly warned by the Fifth Circuit:

> Ricks-Stampley has not heeded our warning that the filing of frivolous, repetitive, or otherwise abusive pleadings would subject her to sanctions. Accordingly, she is ORDERED to pay a monetary sanction in the amount of $100, payable to the Clerk of this court. Ricks-Stampley is BARRED from filing in this court, or in any court subject to this court's jurisdiction, any challenge to these convictions or sentences until the sanction is paid in full, unless she first obtains leave of the court in which she seeks to file the challenge. We again WARN Ricks-Stampley that future frivolous, repetitive, or otherwise abusive filings regarding these convictions and sentences, in

---

[1] Rec. Doc. No. 88.
[2] Rec. Doc. No. 89.
[3] Rec. Doc. No. 91.
[4] Rec. Doc. No. 93.
[5] Rec. Doc. No. 95.
53069

this court, or any court subject to this court's jurisdiction, will subject her to additional and progressively more severe sanctions.[6]

Accordingly, the *Motion to Reduce Sentence*,[7] *Motion*,[8] and *Motion to Compel*[9] filed by Defendant-Petitioner Ashley Ricks-Stampley are DENIED. Further, Defendant-Petitioner Ashley Ricks-Stampley is hereby BARRED from filing any documents in this Court without first receiving authorization from the United States Court of Appeals for the Fifth Circuit. Further disregard for this *Order* will subject Defendant to immediate monetary sanctions, payable to the Clerk of Court for the United States District Court of Middle District of Louisiana.

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana on August 16, 2019.

*/s/ Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[6] Rec. Doc. No. 87 (emphasis in original).
[7] Rec. Doc. No. 88.
[8] Rec. Doc. No. 89.
[9] Rec. Doc. No. 91.
53069